**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

REYMOND ENRIQUE SORIANO RAMIREZ,

Petitioner,

v. No. 2:26-cv-1140 KG/DLM

TODD BLANCHE, *Acting Attorney General of the United States, et al.*,

Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

**THIS MATTER** is before the Court on Magistrate Judge Damian L. Martínez's August 6, 2026, Proposed Findings and Recommended Disposition ("PFRD"). (Doc. 8.) In that PFRD, Judge Martínez recommends that the Court deny Petitioner Reymond Enrique Soriano Ramirez's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Judge Martínez concludes that Petitioner is properly regarded as seeking admission under § 1101(a)(13)(C)(v) and that his detention is governed by § 1225(b)(2)(A), rendering him subject to mandatory detention during the pendency of his removal proceedings. (*Id.* at 11–13.) Accordingly, Judge Martínez recommends denying the habeas petition.

Judge Martínez notified the parties that they had 14 days from service of the PFRD to file any objections to the PFRD and that failure to do so would waive appellate review. (*Id.* at 17.) The parties have not filed any objections to the PFRD, thereby waiving their right to review of the proposed disposition. *See United States v. One Parcel of Real Prop.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Furthermore, upon review of the PFRD, the Court concurs with Judge Martínez's findings and recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and

Recommended Disposition (Doc. 8) is adopted.

**IT IS FURTHER ORDERED** that Petitioner Reymond Enrique Soriano Ramirez's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. 1) is **DENIED**.

**IT IS SO ORDERED**.

/s/Kenneth J. Gonzales___________________
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.